STEVEN H. FRANKEL (State Bar No. 171919)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California  94105
Telephone:    (415) 882-5000
Facsimile:     (415) 882-0300
Email:          steven.frankel@snrdenton.com


Attorneys for Defendants
SLOAN VALVE COMPANY and
KOHLER CO.

[Other Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED EDE, III, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLOAN VALVE COMPANY, a Delaware corporation, KOHLER CO., a Wisconsin corporation, and DOES 1-10, inclusive<br><br>Defendants. | Case No. 1:12 -CV-01391-LJO-DLB<br><br>STIPULATION AND ORDER TO EXTEND INITIAL TIME TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of California, Plaintiff Fred Ede, III and Defendants Sloan Valve Company and Kohler Co., by and through their respective counsel of record, hereby stipulate and agree to the following::

    1.    Plaintiff Fred Ede, III ("Plaintiff") filed the complaint in this action on August 23, 2012;

    2.    Plaintiff served the complaint upon defendant Sloan Valve Company ("Sloan") on August 24, 2012 and upon defendant Kohler Co. ("Kohler") on August 29, 2012;

3. Sloan's current deadline to answer or otherwise respond to the complaint is September 14, 2012 and Kohler's current deadline to answer or otherwise respond to the complaint is September 19, 2012;

4. To provide Sloan and Kohler with a uniform deadline to respond to the complaint, the parties hereto, through their respective attorneys of record, stipulate that Sloan's and Kohler's deadline to answer or otherwise respond to the complaint is extended up to and including October 15, 2012; and

5. No previous extensions have been granted and the extension will not alter the date of any event or deadline set by court order.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that Sloan and Kohler shall have up to and including October 15, 2012, to answer or otherwise respond to the complaint..

Dated: September 6, 2012    BIRKA-WHITE LAW OFFICES

By: /s/ Mindy Wong
    (as authorized on September 6, 2012)
    MINDY WONG

Attorneys for Plaintiff
FRED EDE, III

Dated: September 6, 2012    SNR DENTON US LLP

By /s/ Steven H. Frankel
    STEVEN H. FRANKEL

Attorneys for Defendants
SLOAN VALVE COMPANY and KOHLER CO.

**ORDER**

IT IS SO ORDERED.

Dated:   **September 6, 2012**                    /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE