STEVEN H. FRANKEL (State Bar No. 171919)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California  94105
Telephone:      (415) 882-5000
Facsimile:       (415) 882-0300
Email:             steven.frankel@snrdenton.com

Attorneys for Defendants
SLOAN VALVE COMPANY and
KOHLER CO.

[Additional Counsel For Parties Listed
 on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED EDE, III, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLOAN VALVE COMPANY, a Delaware corporation, KOHLER CO., a Wisconsin corporation, and DOES 1-10, inclusive<br><br>Defendants. | Case No. 1:12 -CV-01391-LJO-DLB<br><br>STIPULATION AND [PROPOSED] ORDER RE LIMITED STAY OF PROCEEDINGS |

Plaintiff Fred Ede, III ("Plaintiff") and Defendants Sloan Valve Company and Kohler Co. (collectively "Defendants") hereby stipulate as follows:

WHEREAS, on August 23, 2012, Plaintiff originally filed this action;

WHEREAS on September 6, 2012, the Court approved an Order extending the deadline for Defendants to respond to the complaint to October 15, 2012;

1   WHEREAS, there are related actions pending in the Central District of California, *United Desert Charities, et al. v. Flushmate, et al.*, Case No. 12-cv-06878 SJO (SHx) ("UDC Action"), and Northern District of California, *Williams v. Flushmate and Gerber Plumbing Fixtures, LLC*, Case No. 4:12-CV-04757-DMR ("Williams Action");

WHEREAS, on September 25, 2012, the parties met and conferred regarding Defendants Flushmate and American Standard's contemplated motion to be filed on October 5, 2012 in the UDC Action, pursuant to 28 U.S.C. § 1404, to transfer the UDC Action to the United States District Court for the Eastern District of Michigan (the "Motion to Transfer");

WHEREAS, on September 28, 2012, Plaintiff's counsel advised Defendants' counsel that they intended to file an amended complaint in the UDC Action on or before October 5, 2012, to include all claims asserted by Plaintiff Fred Ede III in the instant action and all claims asserted in the Williams Action;

WHEREAS, the parties stipulate and agree, subject to approval of the Court, that, in the interest of judicial economy, all other proceedings in this action shall be stayed until November 12, 2012.  If Plaintiff has not sought to dismiss this action without prejudice upon expiration of the stay on November 12, 2012, then Defendants shall have until November 26, 2012 within which to move to dismiss this action.

THEREFORE, Plaintiff and Defendants stipulate and agree and respectfully request this Court to stay all proceedings in this action until November 12, 2012.  If Plaintiff has not sought to dismiss this action without prejudice upon expiration of the stay on November 12, 2012, then Defendants shall have until November 26, 2012 within which to move to dismiss this action.  However, nothing herein shall foreclose a party from seeking relief from the stay on a showing of good cause.

///

///

///

///

| | | |
|---|---|---|
| Dated: October 3, 2012 | | BIRKA-WHITE LAW OFFICES |

By:     /s/ David M. Birka-White
    David M. Birka-White
  (as authorized on October 3, 2012)

JOHN D. GREEN (State Bar No. 121498)
jgreen@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: (415) 954-4400 / Fax: (415) 954-4480

Attorneys for Plaintiff
Fred Ede III

Dated: October 3, 2012          SNR DENTON US LLP


By:     /s/ Steven H. Frankel
    Steven H. Frankel

ROBERT F. SCOULAR (State Bar # 085293)
robert.scoular@snrdenton.com
LEANNA M. ANDERSON (State Bar # 228271)
leanna.anderson@snrdenton.com
SNR DENTON US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017
Phone: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for Defendants
Sloan Valve Company and Kohler Co.

**ORDER**

Pursuant to stipulation of the parties, and for good cause shown,

IT IS SO ORDERED.




IT IS SO ORDERED.

Dated:   **October 4, 2012**                              **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE