DAVID M. BIRKA-WHITE (State Bar No. 85721)
dbw@birka-white.com
MINDY M. WONG (State Bar No. 267820)
mwong@birka-white.com
BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200
Danville, CA  94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

Attorneys for PLAINTIFF FRED EDE III

(Additional Counsel for Parties Listed on Signature Page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED EDE, III, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLOAN VALVE COMPANY, a Delaware corporation, KOHLER CO., a Wisconsin corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:12-CV-01391-LJO-DLB<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ACTION** |

Plaintiff Fred Ede, III ("Plaintiff") and Defendants Sloan Valve Company and Kohler Co. (collectively "Defendants"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 23, 2012, Plaintiff originally filed this action;

WHEREAS, on October 4, 2012, the Court entered a limited stay of this action until November 12, 2012 (Docket No. 15);

WHEREAS, on October 5, 2012, Plaintiff joined an action against Defendants arising from the same facts in the Central District of California, *United Desert Charities, et al. v. Flushmate, et al.*, Case No. 12-cv-06878 SJO (SHx) ("*UDC* Action"), that had been originally filed on August 9, 2012;

WHEREAS, Plaintiff's allegations against Defendants are included in the First Amended Class Action Complaint filed in the *UDC* Action on October 5, 2012;

WHEREAS, Defendants have filed motions to dismiss and to transfer the *UDC* Action, which motions Plaintiff opposes;

WHEREAS, the parties stipulate and agree, and hereby seek approval from this Court, that, in the interest of judicial economy, this action be dismissed without prejudice because of the first-filed *UDC* Action.

THEREFORE, Plaintiff and Defendants respectfully request that this Court dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  A proposed form of order is attached hereto.

Dated: November 9, 2012            BIRKA-WHITE LAW OFFICES


By: */s/ David M. Birka-White*
    David M. Birka-White

Attorneys for Plaintiff Fred Ede III

| | | |
|---|---|---|
| 1 | Dated: November 9, 2012 | SNR DENTON US LLP |

By: */s/ Steven H. Frankel*
    Steven H. Frankel

STEVEN H. FRANKEL (State Bar No. 171919)
steven.frankel@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Phone: (415) 882-5000 / Fax: (415) 882-0300

ROBERT F. SCOULAR (State Bar No. 085293)
robert.scoular@snrdenton.com
LEANNA M. ANDERSON (State Bar No. 228271)
leanna.anderson@snrdenton.com
SNR DENTON US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017
Phone: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for Defendants Sloan Valve Company and Kohler Co.

1065675.1

1

## **ORDER**

For good cause shown, the above-captioned action is hereby DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2).  This dismissal is without prejudice and has no effect on any related action.  The Clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 9, 2012**                **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE